# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORCOLD LLC,[1] | Case No. 25-11933 (TMH) |
| Debtor. | Re: Docket Nos. 17 and 190 |

**NOTICE OF DEPOSITION OF MICHAEL BUENZOW, AS INDEPENDENT MANAGER OF THE DEBTOR, PURSUANT TO RULE 30(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULES 7030 AND 9014(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, as made applicable hereto by Rules 7030 and 9014(c) of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee") will take the deposition (the "Deposition") upon oral examination of Michael Buenzow, as Independent Manager of Norcold LLC, on the subjects set forth on **Exhibit "A"** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Deposition will commence on January 22, 2026, at 1:00 PM eastern virtually via Zoom, as agreed upon by the parties in connection with the contested matters of the *Debtor's Motion for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtor's Assets, (B) Authorizing the Debtor's Entry into the Stalking Horse APA, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Granting Related* [D.I. 17] and the *Amended*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Norcold LLC (6081). For purposes of this chapter 11 case, the Debtor's service address is 7101 Jackson Road, Ann Arbor, MI 48103.

*Chapter 11 Plan of Liquidation for Norcold LLC* [D.I. 190].  The Deposition will proceed before an officer authorized by law to administer oaths, will be recorded by audio, video, and/or stenographic means, and will continue from day to day until completed.

Dated:  January 16, 2026

**SAUL EWING LLP**

By: /s/ *Lucian B. Murley*
  Lucian B. Murley (DE Bar No. 4892)
  1201 N. Market Street, Suite 2300
  P.O. Box 1266
  Wilmington, DE 19899
  Telephone: (302) 421-6898
  luke.murley@saul.com

-and-

Maxwell M. Hanamirian
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Telephone: (215) 972-7777
Maxwell.hanamirian@saul.com

  -and-

**EVERSHEDS SUTHERLAND (US) LLP**
Todd C. Meyers (admitted *pro hac vice*)
John Ramirez (admitted *pro hac vice*)
1114 Avenue of the Americas, 40th Floor
New York, NY, 10036
Telephone: (212) 389-5036
Email: toddmeyers@eversheds-sutherland.com
johnramirez@eversheds-sutherland.com

-and-

Andrew J. Polansky (admitted *pro hac vice*)
227 West Monroe Street, Suite 6000
Chicago, IL 60606
Telephone: (312) 724-9006
Email: andrewpolansky@eversheds-sutherland.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of Norcold LLC*

## EXHIBIT A

## DEFINITIONS

The following definitions shall apply to all topics of examination, whether or not capitalized herein:

1. **"2021 Financing Agreement"** means the financing agreement, under which Norcold LLC is a guarantor, dated as of December 13, 2021, by and among Trailblazer IV, Inc., Yosemite Intermediate I, Inc., Cerberus Business Finance Agency, LLC and the lenders party thereto.

2. **"Bid Procedures Motion"** means the *Debtor's Motion for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtor's Assets, (B) Authorizing the Debtor's Entry into the Stalking Horse APA, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Granting Related* filed on November 3, 2025 at docket number 17.

3. **"Communication"** means the transmittal of information (in the form of facts, ideas, inquiries or otherwise), including, without limitation, written, oral, or electronic transmissions.

4. **"Debtor"** means the debtor and debtor-in-possession in the above-captioned chapter 11 case.

5. **"Document(s)" or "Information"** means all materials within the scope of Federal Rule 34, made applicable through Bankruptcy Rules 7034 and 9014, including, without limitation, all writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations, including electronically-stored information (ESI), that are stored

in any medium whatsoever from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form, as well as any tangible things. A draft or nonidentical copy of a document is a separate document within the meaning of this term. A document includes all appendices, schedules, exhibits, and other attachments. The term "Document(s)" or "Information" includes but is not limited to emails and other types of messages (including but not limited to text, instant, and direct messages), social media or other online content, geolocation data, data generated and stored by devices connected to the Internet of Things (IoT), communications generated and stored in workplace collaboration tools or ephemeral messaging applications, and all associated data and metadata.

6. **"Insurance Policies"** mean those insurance policies under which Norcold LLC is an insured party.

7. **"Intercompany Receivable"** means a receivable owed to Norcold LLC by any of its non-debtor affiliates, including the $2.8 that has not been paid by Norcold LLC's affiliate, Yosemite Intermediate I, Inc., which is not subject to setoff.

8. **"Liquidating Trust"** means the liquidating trust established on the Effective Date pursuant to Article IV.D of the Plan and the Liquidating Trust Agreement (capitalized terms not defined within this definition shall have the meaning ascribed to them in the Plan).

9. **"Mr. Buenzow"** means Michael Buenzow in his capacity as Independent Manager of Norcold LLC.

10. **"Plan"** means the *Amended Chapter 11 Plan of Liquidation for Norcold LLC* filed on January 13, 2026 at docket number 190.

11. **"Person"** means any natural person or any legal entity, including, without limitation, any business or governmental entity, organization, or association.

12. **"Relate," "related,"** or **"relating"** means, in addition to their usual and customary meanings, concerning, referring to, reflecting, regarding, pertaining to, addressing, discussing, alluding to, describing, evidencing, constituting, or otherwise having any logical or factual connection with the subject matter addressed.

13. **"Stalking Horse APA"** means the stalking horse asset purchase agreement between Norcold LLC and Dave Carter & Associates, Inc.

14. **"Thetford LLC"** means a corporate entity with the following subsidiaries: Norcold LLC, B&B Molders LLC, NK Holding LLC, and Nova Kool Manufacturing ULC (Canada).

15. **"You"** or **"your"** means Norcold LLC.

16. The words **"and"** and **"or"** shall be construed disjunctively or conjunctively to bring within the scope of each topic of examination that which otherwise might be construed to be outside the scope of topic of examination.

17. The word **"any"** shall be construed to include "all" and vice versa.

18. The word **"each"** shall be construed to include "every" and vice versa.

19. Any word in the singular form shall also be construed as plural and vice versa.

20. The masculine form shall also be construed to include the feminine and vice versa.

### TOPICS OF EXAMINATION

1. The 2021 Financing Agreement and related guarantee by Norcold LLC, and any amendments thereto.

2. Norcold LLC's insurance policies from 2021 through present day.

3. Analysis of the historical and recent allocation of expenses and costs among Thetford LLC, its affiliates, and its subsidiaries.

4. Analysis of risk shifted to insurers in exchange for Norcold LLC's insurance premiums.

5. The $2.8 Intercompany Receivable nonpayment.

6. Analysis of historical and currently outstanding litigation claims, including, to the extent applicable, amounts asserted and amounts settled.

7. Analysis of costs to administer the Liquidating Trust.

8. Analysis of the Stalking Horse APA.

9. Analysis of Norcold LLC's Plan

.