**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORCOLD LLC,[1] | Case No. 25-11933 (TMH) |
| Debtor. | Ref. Docket Nos. 17 & 127 |

**NOTICE OF CANCELLATION OF AUCTION
AND DESIGNATION OF SUCCESSFUL BIDDER**

**PLEASE TAKE NOTICE** that on December 12, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets, (II) Authorizing the Debtor's Entry Into the Stalking Horse APA, (III) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures and (V) Granting Related Relief* [Docket No. 127] (the "Bidding Procedures Order"),[2] authorizing the Debtor to conduct an auction (the "Auction") to select the party to purchase the Debtor's assets free and clear of all liens, claims, encumbrances, and other interests pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Court approved Dave Carter & Associates, Inc. as the Stalking Horse Bidder for the Assets. The deadline for submission of competing bids was January 15, 2026 at 4:00 p.m. (ET) (the "Bid Deadline"), and the Auction was scheduled for January 20, 2026 at 9:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that no competing Qualified Bids (other than the bid submitted by the Stalking Horse Bidder) were received on or prior to the Bid Deadline. Therefore, in accordance with the Bidding Procedures Order, the Debtor has selected and designated the Stalking Horse Bidder as the Successful Bidder for the Assets and **THE AUCTION HAS BEEN CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek approval of the Sale of the Assets to the Stalking Horse Bidder at the hearing currently scheduled for **January 28, 2026 at 2:00 p.m. (ET)** before the Honorable Thomas J. Horan, Bankruptcy Judge for the United States

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Norcold LLC (6081). For purposes of this chapter 11 case, the Debtor's service address is 7101 Jackson Road, Ann Arbor, MI 48103.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Bidding Procedures Order.

Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

   **PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 case at the website maintained in the chapter 11 case at https://cases.stretto.com/Norcold/.

Dated: January 16, 2026
    Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Jared W. Kochenash*
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Jared W. Kochenash (No. 6557)
Daniel Trager (No. 7465)
Roger L. Sharp (No. 7454)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Emails: sbeach@ycst.com
    mlunn@ycst.com
    jkochenash@ycst.com
    dtrager@ycst.com
    rsharp@ycst.com

*Counsel for the Debtor and Debtor in Possession*