**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORCOLD LLC,[1] | Case No. 25-11933 (TMH) |
| Debtor. | **Ref. Docket Nos. 20, 190, & 268** |

**NOTICE OF FILING OF (A)**
**THIRD AMENDED CHAPTER 11 PLAN OF LIQUIDATION**
**FOR NORCOLD LLC AND (B) BLACKLINE THEREOF**

**PLEASE TAKE NOTICE** that, on November 3, 2025, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Chapter 11 Plan of Liquidation for Norcold LLC* [Docket No. 20] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on January 13, 2026, the Debtor filed an amended version of the Plan [Docket No. 190] (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, on February 17, 2026, the Debtor filed the *Second Amended Chapter 11 Plan of Liquidation for Norcold LLC* (the "Second Amended Plan") [Docket No. 268].

**PLEASE TAKE FURTHER NOTICE** that, the Debtor hereby submits a third amended Plan attached hereto as **Exhibit A** (the "Third Amended Plan"). For the convenience of the Court and all parties in interest, a changed-pages-only blackline comparing the Third Amended Plan to the Second Amended Plan is attached hereto as **Exhibit B**. The Debtor reserves all rights to further amend, supplement, or modify the Third Amended Plan.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Norcold LLC (6081). For purposes of this chapter 11 case, the Debtor's service address is 7101 Jackson Road, Ann Arbor, MI 48103.

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "Confirmation Hearing") to consider, among other things, the confirmation of the Third Amended Plan, shall be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 3rd Floor, Court Room #7, 824 North Market Street, Wilmington, Delaware 19801, on **February 19, 2026 at 11:00 a.m. (prevailing Eastern Time)**.  The Confirmation Hearing may be continued from time to time by the Court or the Debtor without further notice other than by such adjournment being announced in open court or by a notice of adjournment or agenda filed with the Court and served on such parties as the Court may order. Moreover, the Third Amended Plan and the Revised Proposed Confirmation Order may be modified or amended, if necessary, prior to, during, or as a result of, the Confirmation Hearing, without further notice to parties in interest.

*[Signature page follows]*

Dated:  February 19, 2026        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
          Wilmington, Delaware

_/s/ Jared W. Kochenash_
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Jared W. Kochenash (No. 6557)
Daniel Trager (No. 7465)
Roger L. Sharp (No. 7454)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Emails:  sbeach@ycst.com
          mlunn@ycst.com
          jkochenash@ycst.com
          dtrager@ycst.com
          rsharp@ycst.com

_Counsel for the Debtor and Debtor in Possession_

3